CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 12 2016

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| FRED T. CAPERTON, III, et al., | ) | |
| Plaintiffs, | ) | Civil Action No. 3:15CV00036 |
| v. | ) | **ORDER** |
| VIRGINIA DEPARTMENT OF TRANSPORTATION, et al., | ) | By: Hon. Glen E. Conrad<br>Chief United States District Judge |
| Defendants. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiffs' motion to amend the judgment of the court and for leave to file an amended complaint is **DENIED**.

The Clerk is directed to send copies of the order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 12th day of September, 2016.

_____
Chief United States District Judge